```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 05844
    RODOLFO ITURBE REYES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-5625

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/22/2006 and was confirmed 10/19/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.00%.

      The case was dismissed after confirmation 10/18/2007.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
PRINCIPAL RESIDENTIAL MT CURRENT MORTG        .00              .00            .00
PIERCE & ASSOC           NOTICE ONLY    NOT FILED              .00            .00
FIRST CHICAGO BANK ONE   UNSECURED      NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSECURED       14753.45              .00        1071.83
ROUNDUP FUNDING LLC      UNSECURED         613.14              .00          40.55
CARSON PIRIE SCOTT       UNSECURED         469.01              .00          34.08
JC PENNEY                UNSECURED      NOT FILED              .00            .00
MENARDS                  UNSECURED      NOT FILED              .00            .00
RADIO SHACK              UNSECURED      NOT FILED              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        1881.43              .00         124.41
ROUNDUP FUNDING LLC      UNSECURED        5528.62              .00         401.66
ROUNDUP FUNDING LLC      UNSECURED        4578.03              .00         332.59
CITIMORTGAGE             CURRENT MORTG       .00               .00            .00
CITIMORTGAGE             SECURED NOT I   27785.35              .00            .00
DAVID LUGARDO            DEBTOR ATTY        .00                               .00
TOM VAUGHN               TRUSTEE                                          122.42
DEBTOR REFUND            REFUND                                           407.46

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,535.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       2,005.12
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              122.42
DEBTOR REFUND                                     407.46
                         ---------------        ---------------
TOTALS                  2,535.00                2,535.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05844 RODOLFO ITURBE REYES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |